UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JAMES A. LIPSEY,<br><br>　　　　　Defendant. | '08 NOV 13 P4 :24<br><br>JON W. SANFILIPPO<br>　　CLERK<br>Case No. 08-CR 08 CR-298<br>[18 U.S.C. §§ 922(g)(1) & 924(a)(2)<br>and 26 U.S.C. §§ 5861(d) & 5871] |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about August 29, 2008, in the State and Eastern District of Wisconsin,

**JAMES A. LIPSEY**

who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed three firearms which, prior to his possession of them, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearms are more fully described as:

　　a.　a Colt .357 revolver, bearing serial number KK2352;

　　b.　a Hi-Point, model CF380, .380 caliber pistol with an obliterated serial number; and

　　c.　a Springfield, model 67, 12 gauge shotgun with no serial number.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about August 29, 2008, in the State and Eastern District of Wisconsin,

**JAMES A. LIPSEY**

knowingly possessed a firearm which was not registered to him in the National Firearms Registration and Transfer Record.

2. The firearm is more fully described as a Springfield, model 67, 12 gauge shotgun with no serial number.

3. As the defendant well knew, the barrel of this shotgun is less than 18 inches long and has an overall length of less than 26 inches.

All in violation of Title 26, United States Code, Sections 5861(d) and 5871.

A TRUE BILL: ▮

FOREPERSON
Date: 11/13/08

_____
STEVEN M. BISKUPIC
United States Attorney

2